UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| JUNE GRUHN, On Behalf of Herself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>TWEEN BRANDS, INC., et al.,<br><br>                              Defendants. | ) No. 2:07-cv-00852-GLF-NMK<br>) **(Consolidated)**<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W.'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>HENRY ROSEN<br>RAMZI ABADOU<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>[Proposed] Lead Counsel for Plaintiffs | MURRAY MURPHY MOUL + BASIL LLP<br>BRIAN K. MURPHY (0070654), Trial Attorney<br>1533 Lake Shore Drive, Suite 150<br>Columbus, OH  43204<br>Telephone:  614/488-0400<br>614/488-0401 (fax)<br><br>[Proposed] Liaison Counsel |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Electrical Pension Fund") will, and hereby does, move this Court for an order appointing it as lead plaintiff and approving its selection of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as lead counsel and Murray Murphy Moul + Basil LLP ("MMM+B") as liaison counsel pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995.

This Motion is made on the grounds that the Electrical Pension Fund timely filed this motion and is otherwise qualified as the "most adequate plaintiff" under §21D of the Exchange Act. Further, the Electrical Pension Fund has selected and retained Coughlin Stoia, a national law firm with extensive experience in prosecuting securities fraud actions, to serve as Lead Counsel for the class and MMM+B as Liaison Counsel. The Electrical Pension Fund thus seeks this Court's approval of its selection of Coughlin Stoia as Lead Counsel and MMM+B as Liaison Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). This Motion is based upon the instant motion, the Memorandum of Law in support thereof, the Declaration of Brian K. Murphy, the pleadings and other files herein, and the Electrical Pension Fund also requests oral argument as may be permitted by the Court at the hearing of this Motion.

DATED: October 23, 2007                    MURRAY MURPHY MOUL + BASIL LLP
                                           BRIAN K. MURPHY


                                                  s/ Brian K. Murphy
                                                  BRIAN K. MURPHY

                                           1533 Lake Shore Drive, Suite 150
                                           Columbus, OH 43204
                                           Telephone: 614/488-0400
                                           614/488-0401 (fax)
                                           E-mail: murphy@mmmb.com

                                           [Proposed] Liaison Counsel

- 1 -

- 2 -

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
HENRY ROSEN
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Tween Brands\NOT00046626-LP.doc

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2007.

        s/ Brian K. Murphy
        BRIAN K. MURPHY

        MURRAY MURPHY MOUL + BASIL LLP
        BRIAN K. MURPHY (0070654), Trial Attorney
        1533 Lake Shore Drive, Suite 150
        Columbus, OH 43204
        Telephone: 614/488-0400
        E-mail: murphy@mmmb.com

# Mailing Information for a Case 2:07-cv-00852-GLF-NMK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel S Floyd**
  DFloyd@gibsondunn.com

- **Douglas M Fuchs**
  DFuchs@gibsondunn.com

- **Thomas P Glass**
  tpglass@strausstroy.com

- **Nancy Kaboolian**
  nkaboolian@abbyspanier.com

- **James A King**
  jking@porterwright.com,bharrison@porterwright.com,jwallace@porterwright.com

- **Richard Stuart Wayne**
  rswayne@strausstroy.com,acjansen@strausstroy.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)